# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-502** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL SHORE** | : | |

## ORDER

**NOW**, this 7th day July, 2020, upon consideration of the Motion to Bar Application of Mandatory Sentence and Sentencing Guideline Range (Document No. 27) as supplemented (Document No. 32), the government's response, and the chart filed by the government in response to the Order of February 10, 2020, and after a hearing, it is **ORDERED** that to the extent the motion seeks to bar application of the 15-year mandatory minimum sentence, it is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.