**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL SHORE** | : | **NO. 17-502** |

## ORDER

**NOW**, this 23rd day of March, 2026, upon consideration of defendant Michael Shore's Motion for Compassionate Release (Doc. No. 61), the government's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

       /s/ Timothy J. Savage
      TIMOTHY J. SAVAGE, J.